# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE R. IBARRA,<br><br>        Plaintiff,<br>   v.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. EDCV 16-1197 AS<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED, without benefits, for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g) consistent with the Opinion filed concurrently herewith.

Dated: May 9, 2017.

                                                                /s/
                                                           ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is substituted for former Acting Commissioner Carolyn W. Colvin. See 42 U.S.C. § 205(g); Fed. R. Civ. P. 25(d).

1